JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 1 2010

SDM

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA ESQUIVEL SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>Defendant. | Case No. SACV 09-828 DOC (RNBx)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

Based on the stipulation of the parties filed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, IT IS ORDERED that this action is dismissed in its entirety with prejudice. Neither party may file a bill of costs or motion for attorneys' fees.

IT IS SO ORDERED.

Dated: June 21, 2010

_____
DAVID O. CARTER
United States District Judge